B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Quartz Hill Mining, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-4774146** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Moffa & Bonacquisti**<br>**Attention: John A. Moffa, RA**<br>**19 W. Flagler Street, Suite 504**<br>**Miami, FL**　　　　　　ZIP Code **33130** | Street Address of Joint Debtor (No. and Street, City, and State):<br>　　　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):　　**Glory Hole Mine**<br>**Gilpin County, CO** | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>　*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>　check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>　in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9　☐ Chapter 15 Petition for Recognition<br>■ Chapter 11　　of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13　☐ Chapter 15 Petition for Recognition<br>　　　　　　of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,　■ Debts are primarily<br>　defined in 11 U.S.C. § 101(8) as　　business debts.<br>　"incurred by an individual primarily for<br>　a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>　attach signed application for the court's consideration certifying that the<br>　debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>　Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>　attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>　are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>　in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>　there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                               Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Quartz Hill Mining, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Merendon Mining (Nevada) Inc.** | Case Number:<br>**09-11958-AJC** | Date Filed:<br>**2/04/09** |
| District:<br>**Southern District of Florida** | Relationship:<br>**Prior Assets of Merendon** | Judge:<br>**AJC** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)                (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Quartz Hill Mining, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jacqueline Calderin, Esq.**
Signature of Attorney for Debtor(s)

**Jacqueline Calderin, Esq. 134414**
Printed Name of Attorney for Debtor(s)

**Ehrenstein Charbonneau Calderin**
Firm Name

**501 Brickell Key Dr**
**Suite 300**
**Miami, FL 33131**

Address

**305-722-2002  Fax: 305-722-2001**
Telephone Number

**March  7, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John A. Moffa**
Signature of Authorized Individual

**John A. Moffa**
Printed Name of Authorized Individual

**Power of Attorney**
Title of Authorized Individual

**March  7, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## MOFFA & BONACQUISTI, P.A.

*1776 North Pine Island Road, Suite 102*
*Plantation, Florida 33322*
*Tel. No. (954) 634-4733*
*Fax No. (954) 337-0637*

*JOHN A. MOFFA, Shareholder (John@mbpa-law.com)*
*MARK BONACQUISTI, Shareholder (Mark@mbpa-law.com)*

*Sandy P. Jones, Associate (Sandy@mbpa-law.com)*
*Stephen C. Breuer, Associate (Stephen@mbpa-law.com)*
*Yanique Johnson, Associate (Yanique@ mbpa-law.com)*
*Caroline A. Lewis, Associate (Caroline@mbpa-law.com)*

------------------------------------------------------------------
*Ann Marie Ellison, Fl. Registered Paralegal (AnnMarie@mbpa-law)*

### LIMITED LIABILITY CORPORATION RESOLUTION/AUTHORIZATION

I, Dawn Fedrigon, a Managing Member of Quartz Hill Mining, LLC, and Superior Gold, LLC, both limited liability companies organized and existing under the laws of the State of Colorado and registered to do business in Florida(hereinafter the "LLCs"), hereby certify that:

1. I authorize the filing of the chapter 11 bankruptcy cases for Quartz Hill Mining, LLC and Superior Gold, LLC and authorize John A. Moffa, as Power of Attorney (designated in a separate Limited Power of Attorney) to execute any and all papers necessary to file the Chapter 11 cases, to authorize or file any other necessary papers in the Bankruptcy Court for the Southern District of Florida and/or to transmit needed documents to the Office of the United States Trustee.

2. I hire and/or appoint John A. Moffa of Moffa & Bonacquisti, P.A. as special counsel in each bankruptcy case.

3. I authorize John A. Moffa of Moffa & Bonacquisti, P.A. to act as an agent with the power set forth in the Limited Power of Attorney ("Agent") and to act as registered agent on behalf of Quartz Hill Mining, LLC and Superior Gold, LLC.

4. I authorize Jacqueline Calderin of Ehrenstein Charbonneau Calderin to act as general counsel in the bankruptcy cases of Quartz Hill Mining, LLC and Superior Gold, LLC. My Agent is authorized to work with general counsel on behalf of the Chapter 11 Debtors.

Dated this 5th day of March, 2014

By: _____
Dawn Fedrigon, Managing Member of Quartz Hill Mining, LLC


By: _____
Dawn Fedrigon, Managing Member of Superior Gold, LLC

## LIMITED POWER OF ATTORNEY

I, Dawn Fedrigon, a resident of 1477 Chetwood Court Mundelein, Illinois 60060 am a Managing Member of both Quartz Hill Mining, LLC and Superior Gold, LLC. As the Managing Member I have the authority to and designate an attorney with limited powers to act on behalf of Quartz Hill Mining, LLC and Superior Gold, LLC. As the Managing Member of Quartz Hill Mining, LLC and Superior Gold, LLC, I hereby designate John A. Moffa of the Firm of Moffa & Bonacquisti, P.A., which is located at 19 West Flagler Street, Suite 504, Miami, Florida 33130 as an attorney-in-fact (referred to as "the Agent") for Quartz Hill Mining, LLC and Superior Gold, LLC on the following terms and conditions:

1. The Agent is given the authority to act as legal representative for Quartz Hill Mining, LLC and Superior Gold, LLC in a Chapter 11 Bankruptcy filing contemplated in the Southern District of Florida.

2. The Agent may execute any and all documents for filing in the chapter 11 bankruptcy cases of Quartz Hill Mining, LLC and Superior Gold, LLC.

3. The Agent may execute any and all documents to be transmitted to the United States Trustee in connection with the chapter 11 bankruptcy cases of Quartz Hill Mining, LLC and Superior Gold, LLC

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT I AM AUTHORIZED TO EXECUTE THIS DOCUMENT.**

Dated this 5TH day of March, 2014

By: _____
Dawn Fedrigon, Managing Member of Quartz Hill Mining, LLC

By: _____
Dawn Fedrigon, Managing Member of Superior Gold, LLC

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Quartz Hill Mining, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Estate of William B. Kemper**<br>**c/o E. Alan Hampson**<br>**1420 Vance St., #200**<br>**Lakewood, CO 80214** | **Estate of William B. Kemper**<br>**c/o E. Alan Hampson**<br>**1420 Vance St., #200**<br>**Lakewood, CO 80214** | **Alleged, Disputed, Judgment against properties** | **Contingent Unliquidated Disputed** | **2,000,000.00** |
| **Gilpin County Treasurer**<br>**203 Eureka Street**<br>**Central City, CO 80427** | **Gilpin County Treasurer**<br>**203 Eureka Street**<br>**Central City, CO 80427** | **2013 taxes** | **Contingent Unliquidated** | **15,725.94** |
| **Gus E. Pappas, P.C.**<br>**1776 Yorktown**<br>**Suite 425**<br>**Houston, TX 77056** | **Gus E. Pappas, P.C.**<br>**1776 Yorktown**<br>**Suite 425**<br>**Houston, TX 77056** | **Attorneys' fees** | **Contingent Unliquidated** | **569,626.83** |
| **Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | **Notification purposes only** | | **Unknown** |
| **Krendl Krendl Sachnoff & Way**<br>**c/o Ben Snyder CPA/ABV**<br>**5583 South Prince Street**<br>**Littleton, CO 80120** | **Krendl Krendl Sachnoff & Way**<br>**c/o Ben Snyder CPA/ABV**<br>**5583 South Prince Street**<br>**Littleton, CO 80120** | **Legal Services** | **Contingent Unliquidated** | **9,627.90** |
| **Marjorie Robbins Daggett**<br>**c/o E. Alan Hampson**<br>**1420 Vance Street, #200**<br>**Denver, CO 80214** | **Marjorie Robbins Daggett**<br>**c/o E. Alan Hampson**<br>**1420 Vance Street, #200**<br>**Denver, CO 80214** | **Alleged, Disputed, Judgment against properties** | **Contingent Unliquidated Disputed** | **2,000,000.00** |
| **Michael & Dawn Fedrigon**<br>**1477 Chetwood Ct.**<br>**Mundelein, IL 60060** | **Michael & Dawn Fedrigon**<br>**1477 Chetwood Ct.**<br>**Mundelein, IL 60060** | **Loan to LLC** | **Contingent Unliquidated** | **852,823.78** |
| **Scheid Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** | **Scheid Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** | **Attorney fees** | **Contingent Unliquidated** | **2,100,000.00** |
| **Scheid, Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** | **Scheid, Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** | **Attorney fees for services performed in 2012 and 2013** | **Contingent Unliquidated** | **52,180.25** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Quartz Hill Mining, LLC**                                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **U.S. Environmental Protection Agency U.S. Department of Justice Environmental Enforcement Section PO Box 7611 Washington, DC 20044-7611** | **U.S. Environmental Protection Agency U.S. Department of Justice Environmental Enforcement Section Washington, DC 20044-7611** | **CERCLA Notice Only** | **Unliquidated** | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Power of Attorney of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **3/7/14**                   Signature  _____

**John A. Moffa**
**Power of Attorney**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Quartz Hill Mining, LLC**                                              ,
                                    Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 9 | 58,000,000.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 7,599,984.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 58,000,000.00 | | |
| Total Liabilities | | | | 7,599,984.70 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Southern District of Florida

In re   **Quartz Hill Mining, LLC**   _____,   Case No. _____

Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Quartz Hill Mining, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Please see attached Exhibit "A-1" for full description of real property located at Glory Hole Mine, Colorado** | | - | 58,000,000.00 | 0.00 |

| | Sub-Total > | **58,000,000.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **58,000,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

# Exhibit A-1

## QUITCLAIM DEED

THIS DEED is dated __November  10__ , 2011, and is made
between SENTINEL MINING CORPORATION, a Colorado corporation
and THE BANKRUPTCY ESTATE OF MERENDON MINING
(NEVADA), INC., the "Grantors," of the County of Dade and State of Florida and QUARTZ HILL
MINING, LLC, a Colorado limited liability company

duly organized and existing under and by virtue of the laws of the State of Colorado, the "Grantee,"
whose legal address is

1477 Chetwood Court
Mundelein, Illinois 60060

WITNESS, that the Grantors, for and in consideration of the sum of Ten Dollars and other
valuable consideration ($10.00), the receipt and sufficiency of which is hereby acknowledged, does
hereby remise, release, sell and QUITCLAIM unto the Grantee, its successors and assigns, forever,
all the right, title, interest, claim and demand which the Grantors have in and to the real property,
together with any improvements thereon, located in the County of Gilpin and State of Colorado,
described as follows:

See Exhibit A attached hereto and incorporated by reference herein.

also known by street address as:
and assessor's schedule or parcel number:

TO HAVE AND TO HOLD the same, together with all and singular the appurtenances
and privileges thereunto belonging, or in anywise thereunto appertaining, and all the estate, right,
title, interest and claim whatsoever of the Grantor, either in law or equity, to the only proper use,
benefit and behoof of the Grantee, and its successors and assigns, forever.

IN WITNESS WHEREOF, the Grantors have executed this deed on the date set forth
above.

Sentinel Mining Corporation,
a Colorado corporation

By: Marcia T. Dunn
As: Trustee of the Bankruptcy Estate of
Merendon Mining (Nevada), Inc., a Substantively
Consolidated Bankruptcy Estate Consisting of,
inter alia, Sentinel Mining Corporation

The Bankruptcy Estate of
Merendon Mining (Nevada), Inc.,

By: Marcia T. Dunn
As: Trustee of the Bankruptcy Estate of
Merendon Mining (Nevada), Inc., a
Substantively Consolidated Bankruptcy
Estate Consisting of, inter alia, Sentinel
Mining Corporation

STATE OF FLORIDA                    )
COUNTY OF DADE                     )
The foregoing instrument was acknowledged before me this 10th day of November, 2011,
by Marcia Dunn, Trustee.
My Commission Expires: 8|7|15 .

Witness my hand and official seal.

Notary Public

ALEXANDRA CASTRO
Notary Public - State of Florida
My Comm. Expires Aug 7, 2015
Commission # EE 119470

STATE OF FLORIDA                    )
COUNTY OF DADE                     )
The foregoing instrument was acknowledged before me this 10th day of November, 2011,
by Marcia Dunn, Trustee.
My Commission Expires: 8|7|15 .

Witness my hand and official seal.

Notary Public

ALEXANDRA CASTRO
Notary Public - State of Florida
My Comm. Expires Aug 7, 2015
Commission # EE 119470

**Exhibit A to Quitclaim Deed from Sentinel Mining Corporation and the Bankruptcy Estate of Merendon Mining (Nevada), Inc. to Quartz Hill Mining, LLC**

1. All interest in an undivided one-half (½) parcel of ground described at B-111, P-230 (Hooper Gound) Central City, State of Colorado.

2. All rights in and to the pipe and pipeline extending from the Glory Hole Mill to the town of Black Hawk, Colorado., together with all easements, privileges, franchises and other rights to the following described:

    (a)  Portion of 7000 ft. of 8" pipe from pump station in Black Hawk to Old Mill in Central City;

    (b)  Portion of 4000 ft. pipe from Old Mill to New Mill on Tropic Lode Ill-Central

3. All rights in and to that certain power line together with easements, poles, insulators, and transformers, furnishing (or which furnished power) to the Glory Hole Mill, described as follows:

    Portion of 11-KW line from Black Hawk Station to Chain O'Mines Substation & 13-KW line with 43 poles, crossarms and insulators CC & BH.

4. All rights in and to the Glory Hole Mill buildings, shafthouses, gallows and equipment including all Mill machinery, transformers, water tanks, crusher plant, ore bins, conveyors and all machinery inside and outside of Mill Bldg. On Tropic #11130 Ill-Central.

5. Lot in Block 24, Central City, described in Book 130, Page 340 and 341, also described in Book 125, Page 92 (next to Ward Lot and opposite Lot 6, Block 22).

6. All right, title and interest in and to the real property which is described in that certain Mining Deed dated July 26, 1929, recorded on November 18, 1929, in Book 202, Page 160, of the Gilpin County Clerk and Recorder's Office, State of Colorado.

7. The following water and water rights, ditch and ditch rights, all pipelines, rights-of-way, and easements associated therewith located in Gilpin County State of Colorado:

    (1)  The Sensenderfer Ditch, appropriation date of 1859, adjudication date of October 9, 1914, for 45 c.f.s. from North Clear Creek.

Exhibit A – page 1 of 6

| Claim Name | Survey No. | Approx. Net Acres |
|---|---|---|
| Annie | 4588 | 2.32 |
| Baker (UND. 1/2 int.) | 799 | 1.87 |
| Bell | 167 | 1.57 |
| Big Thunder | 59 | 3.27 |
| Blythe | 721 | 1.21 |
| Bouvier | 801 | 3.94 |
| Borton | 389 | 0.23 |
| Burro (UND. 1/2 int.) | 11497 | 1.37 |
| C&H | 11130 | 3.55 |
| Columbia (East 100 ft.) | 565 | .13 |
| Columbia (West 300 ft.) | 565 | .19 |
| Confidence | 102 | 2.45 |
| Continental | 155 | 1.49 |
| Calhoun (1/2 int.) | 837 | 4.50 |
| Calhoun (1/2 int.) | 231 | 0.62 |
| Calhoun (1/2 int.) | 8419 | .15 |
| Climax | 725 | 3.81 |
| Cuckoo | 10048 | 0.40 |
| Diedrick | 937 | 5.17 |
| Dexter | 356 | 2.84 |
| Edenborough | 964 | 2.85 |
| East Calhoun (1/2 int.) | 7319 | 1.68 |
| East Calhoun | 11130 | 1.03 |
| Extenuate | 112 | 1.40 |
| Fourth of July (Portion of) | 647 | 2.17 |
| Free Coinage | 7918 | 3.87 |
| Gardner | 66 A | .95 |
| Gardner | 79 | 1.14 |
| Gardner | 80 | 1.14 |
| Gardner | 5958 | 1.62 |
| Gauntlet | 568 | 2.89 |
| Gibson & M.S. | 70 | 1.78 |
| Gibson (UND. 1/2 int.) | 562 | .55 |
| Gold Bug | 7918 | 3.49 |
| Gold Coin | 8134 | 3.85 |
| Gold Retort | 946 | 1.94 |
| Gold Ring | 540 | 2.80 |
| Gold Run | 8134 | 4.68 |

Exhibit A – page 2 of 6

| | | |
|---|---:|---:|
| Grand River | 90 | 1.37 |
| Harlem Except Conflict | 700 | 4.88 |
| Harrisburg | 5598 | 4.48 |
| Hayes & Wheeler (UND. 1/4 int.) | 746 | .865 |
| Hecla (UND. 1/2 int.) | 686 | unknwn |
| Hannibal | 9408 | 2.15 |
| Isabella (UND. 1/2 int.) | 1029 | 0.60 |
| Interocean (Portion of UND. 1/2 int.) | 5625 | 1.56 |
| Herbert | 12070 | .80 |
| Home | 11131 | 2.83 |
| Independence | 16217 | 1.43 |
| Illinois | 101 | 2.77 |
| Ingalls (UND. 1/2 int.) | 78 | .46 |
| Jones & Matteson (UND. 7472/10000 int.) | 158 | 1.72 |
| Kansas (UND. 3/4 int.) | 89 | 0.083 |
| Kansas (UND. 7472/10000 int.) | 121 | 0.055 |
| Kansas & M.S. | 151 A&B | 1.148 |
| Liberty (UND. 1/2 int.) | 13241 | 1.29 |
| Lizzie S. (UND. 1/2 int.) | 12226 | 2.19 |
| Loma | 12070 | 1.70 |
| Little Pittsburg | 6346 | 1.47 |
| Mat France | 60 | 2.98 |
| Mayflower | 6348 | 3.80 |
| Molly Gibson | 8955 | 2.00 |
| Merrimac | 7918 | 3.65 |
| Missouri | 250 | 0.46 |
| Missouri Cross | 974 | 0.27 |
| Modoc | 4587 | 0.79 |
| Pikes Peak Ext. | 1018 | 3.59 |
| New Pikes Peak | 1018 | 1.59 |
| Oakland (Easterly portion) | 4526 | 1.93 |
| Old Rice (UND. 1/2 int.) | 564 | .64 |
| Patches | 20367 | 0.46 |
| Pocahantas | 225 | 0.42 |
| Penn | 11515 | 3.66 |
| Protection | 4698 | 0.917 |
| Quartz Mill (1/2 int.) | 347 | 2.08 |
| Quaker Lane (UND. 1/4 int. + UND. 1/2 of 380/500 int.) | 685 | .40 |
| R.D. Kinney | 443 | 0.43 |
| Rhodrick DHU | 83 | 0.46 |
| Rhoderick, DHU | 485 | 1.14 |

Exhibit A – page 3 of 6

| | | |
|---|---|---|
| Shaw | 46 | 1.26 |
| San Juan | 992 | 2.99 |
| Scandia (UND. 39/49 int.) | 649 | 3.53 |
| Swiss Home (UND. 1/2 int.) | 11131 | 2.93 |
| Skelly | 5151 | 3.67 |
| Sylvania | 11515 | 3.66 |
| Straughton | 4578 | 1.78 |
| Sunflower | 6348 | 2.14 |
| Sunshine & Bismark | 6403 | 3.68 |
| Telegraph | 806 | 4.81 |
| Telephone | 805 | 4.93 |
| Thomas Freeman (UND. 1/2 int.) | 576 | 0.71 |
| Thornton | 6403 | 3.26 |
| Times | 779 | 2.67 |
| Tropic | 11130 | 2.58 |
| Vidette | 792 | 2.77 |
| Wheal Vor | 20368 | 0.108 |
| Wright & M.S. (UND. 1/2 of east 9/15 + UND. 1/2 of west 6/15 + UND. 1/4 of entire claim) | 410 A&B | 6.60 |

The foregoing patented mining claims are located in Gilpin County, Colorado. [NOTE: The acreages are approximate and are included for information only.]

Exhibit A – page 4 of 6

| Claim Name | Survey No. | Approx. Net Acres |
|---|---|---|
| Agra (UND. 1/2) (western ½ of ½ only) | 794 | 1.73 |
| Alger | 367 | .39 |
| Avondale | 6348 | 2.72 |
| Baldwin | 15486 | 4.0 |
| Bismark | 6403 | 2.39 |
| Calhoun | 231 | 1.43 |
| Calumet & Hecla #1 | 11267 | 5.23 |
| Calumet & Hecla #2 | 13048 | 3.72 |
| Cecil | 11171 | .64 |
| Como (UND. 1/2) | 11131 | 2.1 |
| Copper Bottom (UND. 1/2) (western ½ of ½ only) | 766 | 1.58 |
| Custis | 19817 | 1.32 |
| Durango (UND. 1/2 W. 450 ft.) (western ½ of ½ only) | 673 | 3.54 |
| Easterly | 6323 | 2.97 |
| Evelyn | 15742 | 3.48 |
| Fremont & Gold King (UND. 1/2) | 7953 | 4.81 |
| Gertie (UND. 1/2) | 19927 | .82 |
| Gibson (UND. 1/2) | 44 | .07 |
| Golden Gad | 13048 | 3.72 |
| Gulch (UND. 1/6 of UND. 9/10) | 12784 | .58 |
| Helmer or Helmar (W 2,325 ft.) | 148 | 3.002 |
| Howard | 19228 | .91 |
| Independence (UND. 1/4) | 15458 | .69 |
| Jefferson (UND. 1/2) | 768 | .58 |
| Jefferson (UND. 1/2) | 1011 | 1.71 |
| Jessie | 614 | 5.06 |
| Jones & Matteson | 201 | .34 |
| Jones & Matteson | 234 | 3.44 |
| Kansas | 187 | .23 |

| | | |
|---|---|---|
| Kansas & Mill Site (UND. 742/10000) | 160 A&B | 1.84 |
| Last Chance (UND. 1/5) | 7420 or 7240 | .7 |
| Leavenworth | 498 | |
| (UND. 1/2 E.250FT.) | | .07 |
| (UND. 1/2  238ft.) | | .26 |
| | | |
| Margaret | 19229 | 2.52 |
| Monroe (UND. 7472/10000) | 8420 | .28 |
| Morris | 16779 | 2.57 |
| Mountain Summet (UND. 1/2) (western ½ of ½ only) | 5612 | UNKNWN |
| New Home · | 11131 | 3.49 |
| North (UND. 9/48) | 672 | .79 |
| | | |
| Organ (UND. 1/2) | 6751 | 2.01 |
| | | |
| Quartz Hill | 19093 | 2.42 |
| Regester | 308 | |
| (UND. 1/4) | | UNKNWN |
| (E. 1/2) | | UNKNWN |
| Sick Dutchman | 18054 | 1.90 |
| St. Louis & Mill Site | 113 A&B | .55 |
| Stark Co. (UND. 1/2) | 43 | .45 |
| Sullivan (UND. 7472/10000) | 88 | 1.02 |
| Symonds Forks | 49 | .14 |
| Tiger | 881 | 4.41 |
| Topeka (UND. 1/2) | 518 | .15 |
| West Como (UND. 1/2) | 11131 | 2.23 |
| White Pine | 5598 | 4.71 |

Tract No. 3 CT (N-7925)

The foregoing patented mining claims are located in Gilpin County, Colorado.  [NOTE: The acreages are approximate and are included for information only.]

B6B (Official Form 6B) (12/07)

.

In re    **Quartz Hill Mining, LLC** _____,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                        **0.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Quartz Hill Mining, LLC**                                    ,          Case No. _____
_____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                                   **0.00**
(Total of this page)

Sheet __1__ of __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Quartz Hill Mining, LLC**                     ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Quartz Hill Mining, LLC** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__  continuation sheets attached

| | | |
| --- | --- | --- |
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Quartz Hill Mining, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Quartz Hill Mining, LLC** , Case No. _____
                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notification purposes only | | | | | |
| **Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | - | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re **Quartz Hill Mining, LLC** _____ ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Alleged, Disputed, Judgment against properties | | | | |
| **Estate of William B. Kemper** c/o E. Alan Hampson 1420 Vance St., #200 Lakewood, CO 80214 | X | - | | | | X | X | X | 2,000,000.00 |
| Account No. | | | | | 2013 taxes | | | | |
| **Gilpin County Treasurer** 203 Eureka Street Central City, CO 80427 | X | - | | | | X | X | | 15,725.94 |
| Account No. | | | | | various Attorneys' fees | | | | |
| **Gus E. Pappas, P.C.** 1776 Yorktown Suite 425 Houston, TX 77056 | X | - | | | | X | X | | 569,626.83 |
| Account No. | | | | | Legal Services | | | | |
| **Krendl Krendl Sachnoff & Way** c/o Ben Snyder CPA/ABV 5583 South Prince Street Littleton, CO 80120 | X | - | | | | X | X | | 9,627.90 |
| _1_ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 2,594,980.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Quartz Hill Mining, LLC**                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Alleged, Disputed, Judgment against properties | | | | |
| Marjorie Robbins Daggett c/o E. Alan Hampson 1420 Vance Street, #200 Denver, CO 80214 | X | - | | | X | X | X | 2,000,000.00 |
| Account No. | | | | Loan to LLC | | | | |
| Michael & Dawn Fedrigon 1477 Chetwood Ct. Mundelein, IL 60060 | X | - | | | X | X | | 852,823.78 |
| Account No. | | | | various Attorney fees | | | | |
| Scheid Cleveland, LLC 3773 Cherry Creek N. Dr. Suite 575 Denver, CO 80209 | X | - | | | X | X | | 2,100,000.00 |
| Account No. | | | | Attorney fees for services performed in 2012 and 2013 | | | | |
| Scheid, Cleveland, LLC 3773 Cherry Creek N. Dr. Suite 575 Denver, CO 80209 | X | - | | | X | X | | 52,180.25 |
| Account No. | | | | CERCLA Notice Only | | | | |
| U.S. Environmental Protection Agency U.S. Department of Justice Environmental Enforcement Section PO Box 7611 Washington, DC 20044-7611 | | - | | | | X | | Unknown |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 5,005,004.03 |
| --- | --- | --- |
| | Total (Report on Summary of Schedules) | 7,599,984.70 |

B6G (Official Form 6G) (12/07)

.

In re **Quartz Hill Mining, LLC** ,                                    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ben Kitzman**<br>**7050 W. Colorado Rd., 20**<br>**Loveland, CO 80537** | **The verbal lease agreement with Mr. Kitzman is for the portion of properties used for a small rock reclamation operation.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Quartz Hill Mining, LLC**_____,  Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Gilpin County Treasurer**<br>**203 Eureka Street**<br>**Central City, CO 80427** |
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Gus E. Pappas, P.C.**<br>**1776 Yorktown**<br>**Suite 425**<br>**Houston, TX 77056** |
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Estate of William B. Kemper**<br>**c/o E. Alan Hampson**<br>**1420 Vance St., #200**<br>**Lakewood, CO 80214** |
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Krendl Krendl Sachnoff & Way**<br>**c/o Ben Snyder CPA/ABV**<br>**5583 South Prince Street**<br>**Littleton, CO 80120** |
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Michael & Dawn Fedrigon**<br>**1477 Chetwood Ct.**<br>**Mundelein, IL 60060** |
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Scheid Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** |
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Scheid, Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** |
| **Superior Gold, LLC**<br>**c/o John A. Moffa, Registered Agent**<br>**Moffa & Bonacquisti, P.A.**<br>**19 West Flager Street #504**<br>**Miami, FL 33130** | **Marjorie Robbins Daggett**<br>**c/o E. Alan Hampson**<br>**1420 Vance Street, #200**<br>**Denver, CO 80214** |

**0**

____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Quartz Hill Mining, LLC**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Power of Attorney of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**21**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.     *Plus Property List*

Date  **3/7/14**

Signature

John A. Moffa
Power of Attorney

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    __Quartz Hill Mining, LLC__              Case No.   _____

                                         Debtor(s)        Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2014: Year to date - None.** |
| $2,384.30 | **2013: Debtor Business Income** |
| $0.00 | **2012: None.** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                     AMOUNT                      SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **The Estate of William B. Kemper and Marjorie Robbins Daggett v. The Estate of Harold Caldwell, as administered by Personal Representative-in-Fact Dawn Fedrigon (substituted for Harold Caldwell, aka Harold D. Caldwell aka Harold D. Caldwell Individually & as Trustee for Kenneth J. Caldwell and/or Chain O'Mines, and as Trustee for Caldwell Trust of Texas) an alleged trust, et al, Defendants, and City of Central, Superior Gold, LLC and Quartz Hill Mining, LLC, Intervenor. Case No.: 92CV55** | **Civil** | **District Court, County of Gilpin, State of Colorado** | **Order entered re: claimed lien interests (non-final/sub ject to appeal)** |

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ehrenstein Charbonneau Calderin 501 Brickell Key Dr Suite 300 Miami, FL 33131** | **Dawn and Michael E. Fedrigon** | **2/4/14 $1,750.00 - Prepetition Services 2/13/14 $10,000.00 - Bankruptcy Retainer 3/6/14 $1,213.00 - Filing Fee** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 10210 W. 59th Avenue<br>Arvada, CO  80004 | Quartz Hill Hining, LLC<br>c/o Myrna Dawes. Registered Agent | 10/25/2011-2/2014 |

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Michael Fedrigon 1477 Chetwood Court Mundelein, IL 60060 | | |
| Dawn Fedrigon 1477 Chetwood Court Mundelein, IL 60060 | | |
| Gus E. Pappas, P.C. 1776 Yorktown Suite 425 Houston, TX 77056 | | |
| Scheid, Cleveland, LLC 3773 Cherry Creek N. Dr. Suite 575 Denver, CO 80209 | | |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  3/7/14                    Signature

John A. Moffa
Power of Attorney

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Southern District of Florida

In re    **Quartz Hill Mining, LLC**                        ,        Case No. _____

                              Debtor

Chapter_____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Dawn Fedrigon**<br>**1477 Chetwood Ct.**<br>**Mundelein, IL 60060** | **Class A** | **51 Units** | |
| **Gus E. Pappas, P.C.**<br>**1776 Yorktown**<br>**Suite 425**<br>**Houston, TX 77056** | **Class B** | **50 Units** | |
| **Michael Fedrigon**<br>**1477 Chetwood Ct.**<br>**Mundelein, IL 60060** | **Class A** | **49 Units** | |
| **Scheid, Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** | **Class B** | **50 Units** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Power of Attorney of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date\_\_\_\_**3/7/14**_____          Signature_____

                                                 **John A. Moffa**<br>                                                 **Power of Attorney**

     *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **Quartz Hill Mining, LLC**

                                      Debtor(s)

Case No.   _____
Chapter     **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Power of Attorney of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   _____3/7/14_____

_____
**John A. Moffa/Power of Attorney**
Signer/Title

```
Ben Kitzman
7050 W. Colorado Rd., 20
Loveland, CO 80537


Estate of William B. Kemper
c/o E. Alan Hampson
1420 Vance St., #200
Lakewood, CO 80214


Gilpin County Treasurer
203 Eureka Street
Central City, CO 80427


Gus E. Pappas, P.C.
1776 Yorktown
Suite 425
Houston, TX 77056


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn: Bankruptcy Unit
7850 SW 6th Court
Plantation, FL 33324-3210


Internal Revenue Service
POB 1300
Charlotte, NC 28201


Internal Revenue Service
POB 105404
Atlanta, GA 30348


Internal Revenue Service
Southern District of Florida
99 NE 4 St
Miami, FL 33132


Internal Revenue Service
Attn: US Attorney
POB 14198
Washington, DC 20044
```

Krendl Krendl Sachnoff & Way
c/o Ben Snyder CPA/ABV
5583 South Prince Street
Littleton, CO 80120


Marjorie Robbins Daggett
c/o E. Alan Hampson
1420 Vance Street, #200
Denver, CO 80214


Michael & Dawn Fedrigon
1477 Chetwood Ct.
Mundelein, IL 60060


Scheid Cleveland, LLC
3773 Cherry Creek N. Dr.
Suite 575
Denver, CO 80209


Scheid, Cleveland, LLC
3773 Cherry Creek N. Dr.
Suite 575
Denver, CO 80209


Superior Gold, LLC
c/o John A. Moffa, Registered Agent
Moffa & Bonacquisti, P.A.
19 West Flager Street #504
Miami, FL 33130


U.S. Environmental Protection Agency
U.S. Department of Justice
Environmental Enforcement Section
PO Box 7611
Washington, DC 20044-7611