UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

QUARTZ HILL MINING, LLC,　　　　　　　　　Case No.: 14-15419-BKC-RAM

　　　　Debtor.　　　　　　　　　/　　　　Chapter 11

**DEBTOR'S *EMERGENCY EX-PARTE* MOTION SEEKING INTRA-DISTRICT TRANSFER AND JUDICIAL REASSIGNMENT OF BANKRUPTCY CASE**

**The assets of Quartz Hill Mining, LLC and Superior Gold Mining, LLC are related to the Chapter 7 case of Merendon Mining (Nevada), Inc., currently pending before the Honorable A. Jay Cristol, Case No.: 09-11958-AJC. In order to contain costs associated with these related matters, the Debtor respectfully requests that the Court enter an order re-assigning this case to the Honorable A. Jay Cristol in the Miami Division of this district. The Debtor has conferred with the United States Trustee, who does not oppose the relief sought herein. The Debtor respectfully requests that the Court waive the provisions of Local Rule 9075-1(B) which requires an affirmative statement that a bonafide effort was made in order to resolve the issues raised in this Motion, as the relief requested herein does not lend itself to advance resolution.**

Quartz Hill Mining, LLC ("<u>Quartz</u>" or the "<u>Debtor</u>"), by and through undersigned proposed counsel[1], respectfully files this motion (the "<u>Motion</u>"), pursuant to 11 U.S.C. § 105 and Local Rules 1073-1(B), 5005-1(G)(1)(a), and 9013-1(C)(14), for the entry of an order re-assigning the above captioned bankruptcy case of Quartz Hill Mining, LLC, Case No.: 14-15419-BKC-RAM to the Honorable A. Jay Cristol, who is currently presiding over a related case (by virtue of the Debtor's succession to its assets), Merendon Mining (Nevada), Inc., Case No.: 09-11958-AJC (the "<u>Related Case</u>"). In support of this Motion, the Debtor states as follows:

---

[1] An application to employ Jacqueline Calderin and the law firm of Ehrenstein Charbonneau Calderin will be filed in the appropriate docket upon the Court's ruling on this Motion.

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

## JURISDICTION

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding pursuant to 28 U.S.C. §§157(b)(2)(A).

3. The statutory predicates in support of the relief requested herein are section 105 of title 11 of the United States Code (the "Bankruptcy Code") and Local Rules 1073-1 (B), 5005-1(G)(1)(a), and 9013-1(C)(14).

## BACKGROUND

4. On February 4, 2009, a Chapter 7 Involuntary Petition was filed against the Merendon Mining, Inc. under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division, Case No. 09-11958-AJC. The Court entered its Order for Relief on June 6, 2009 and on June 10, 2009, Marcia Dunn was appointed as the Chapter 7 Trustee.

5. On March 7, 2014, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division.

6. On March 7, 2014, Superior Gold, LLC commenced a case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division styled *In re: Superior Mining, LLC* Case No.: 14-15424 (the "Superior Debtor" and when referred to collectively with the Debtor "Debtors").

7. Contemporaneously with the filing of the instant Motion, the Debtor is seeking to jointly administer its case with the Superior Debtor.

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

8. The creditors in both cases are substantially similar.

## RELIEF REQUESTED

9. In order to contain costs and for ease of administration in this Chapter 11 case and the Debtor respectfully requests that this Court enter an order directing the re-assignment of Case No.: 14-15419-BKC-RAM to the Honorable A. Jay Cristol, in the Miami Division of this District pursuant to 11 U.S.C. § 105 and Local Rules 1073-1(B), 5005-1(G)(1)(a), and 9013-1(C)(14).

10. The Debtor may in the future seek substantive consolidation of these cases should the Debtor determine that such coursed is in the best interest of these respective estates.

11. Pursuant to the requirements of Local Rule 1073-1(B), the Debtor states that assignment of this case to the judge presiding over the Related Case will not give rise to any conflict of interest among the estates of the Debtors. The rights of the respective creditors of the Debtors will not be adversely affected by the proposed assignment.

12. Accordingly, in order to contain costs and for administrative and judicial convenience, the Debtor submits that it is in the best interests of the estate for this case to be reassigned to Judge A. Jay Cristol.

13. Undersigned counsel has conferred with the United States Trustee, who has advised that it does not oppose the relief requested herein,

**WHEREFORE**, the Debtor respectfully requests the entry of an Order of this Court substantially in the form of **Exhibit "A"** attached to this Motion, directing the re-assignment of Case No.: 14-15419-BKC-RAM to the Honorable A. Jay Cristol in the Miami Division, and for any other further relief this Court deems equitable and just.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF upon those parties registered to receive electronic notices of filing in this case on this 11th day of March 2014.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

          **EHRENSTEIN CHARBONNEAU CALDERIN**
          *Proposed Attorney for the Debtor in Possession*
          501 Brickell Key Drive, Third Floor
          Miami, Florida 33131
          T. 305.722.2002 F. 305.722.2001
          www.ecclegal.com

By:   */s/ Jacqueline Calderin*
       Jcqueline Calderin, Esq.
       Florida Bar No: 134414
       jc@ecclegal.com

# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

QUARTZ HILL MINING, LLC,                    Case No.: 14-15419-BKC-RAM

_____Debtor._____/         Chapter 11

### ORDER GRANTING DEBTOR IN POSSESSION'S *EX-PARTE* MOTION SEEKING INTRA-DISTRICT TRANSFER AND JUDICIAL REASSIGNMENT OF BANKRUPTCY CASE

THIS CAUSE came before the Court *ex-parte* upon the Debtors' *Ex-Parte Motion Seeking Intra-District Transfer and Judicial Reassignment of Bankruptcy Case* (the "Motion") [ECF# ___] filed pursuant to 11 U.S.C. § 105 and Local Rules 1073-1(B), 5005-1(G)(1)(a), and 9013-1(C)(14), for the entry of an order re-assigning the above captioned bankruptcy case to

Judge A. Jay Cristol of the Miami Division of the Bankruptcy Court of the Southern District of Florida. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the estates, and its creditors; (iv) for the reasons stated in the Motion and pursuant to 11 U.S.C. § 105 and Local Rules 1073-1(B), 5005-1(G)(1)(a), and 9013-1(C)(14), and good sufficient cause existing for the granting of the relief as set forth herein, the Court ORDERS:

1. The Motion is **GRANTED**.

2. The clerk's office is directed to transfer the above captioned case to A. Jay Cristol of the Miami Division of the Bankruptcy Court of the Southern District of Florida.

# # #

SUBMITTED BY:
Jacqueline Calderin, Esq.
jc@ecclegal.com
EHRENSTEIN CHARBONNEAU CALDERIN
Proposed Counsel to the Debtor-In-Possession
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002    F. 305.722.2001
www.ecclegal.com


Copies furnished to: Attorney Jacqueline Calderin, Esq.

Attorney Calderin shall serve a copy of this order on all required parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).

2