UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

QUARTZ HILL MINING, LLC,                    Case No.: 14-15419-RAM

_____Debtor._____ /         Chapter 11

## CHAPTER 11 CASE MANAGEMENT SUMMARY

Quartz Hill Mining, LLC, a Florida limited liability company (the "Debtor" or "Quartz"), by and through undersigned proposed counsel, by and through the undersigned counsel, and in compliance with Local Rule 2081-1(B) files this Chapter 11 Case Management Summary, and state:

**The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.**

1. **Date of Filing of Petition**:  Friday, March 7, 2014.

2. **Names, case numbers and dates of filing of related debtors**:  *In re:* Merendon Mining (Nevada) Inc. ("Merendon"), Case No.: 09-11958-AJC.

3. **Description of debtor's business:**  The Debtor is a registered Florida for profit corporation, and is the owner of a certain patented mining claims located purchased from Marcia Dunn, the Chapter 7 Trustee in the case of Merendon Mining (Nevada), Inc., case number 09-11958-BKC-AJC (the "Mining Claims") with Superior Gold, LLC[1] ("Superior").  Quartz and Superior were formed solely for the purpose of acquiring those certain Mining Claims, and both of these entities intend to employ a financial advisor and/or broker in an effort to evaluate the options for monetizing the Mining Claims

---

[1] Superior Gold, LLC filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code on Friday, March 7, 2014 Case No.: 14-15424-BKC-RAM.  Quartz and Superior have filed motions for joint administration and intra-district transfer with Merendon.

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

4. **Location**: The Debtor's current mailing address is Quartz Hill Mining, LLC c/o Moffa & Bonacquisti, Attention: John A. Moffa, RA, 19 W. Flagler Street, Suite 504, Florida 33130.

5. **Reasons for filing chapter 11**: The Debtor has filed a Chapter 11 Plan for the purpose of restructuring existing indebtedness and claims.

6. **Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

January 1, 2013 through December 31, 2013, gross income:    $2,384.00

January 1, 2014 to March 7, 2014:    $    0.00

7. **Amounts owed to various creditors**:

a. Obligations owed to priority creditors including priority tax obligations:

**NONE.**

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

**NONE.**

c. Amount of unsecured claims: approximately: $ 7,599,984.00

8. **General description and approximate value of the debtor's assets**:

|    | **Description** | **Value** |
|---|---|---|
| a. | Please see attached **Exhibit "A-1"** for full description of real property located at Glory Hole Mine, Colorado | $58,000,000.00 |

9. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires**:

| Property | Policy# | Type | Current/Past Due | Annual Premium Due | Expires |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

10. **Number of employees and amounts of wages owed as of petition date:**

    N/A.

11. **Status of debtor's payroll and sales tax obligations, if applicable.**

    a. Payroll Tax: N/A

    b. Sales Tax: N/A

12. **Anticipated relief to be requested within 14 days from the petition date:**

    a. Debtor's Application for Order Authorizing Employment and Retention of Jacqueline Calderin, Esq. and the law firm Ehrenstein Charbonneau Calderin as Counsel to the Debtor *Nunc Pro Tunc* to Petition Date;

    b. Debtor's Ex-Parte Motion for Order Directing Joint Administration of Debtors' Related Chapter 11 Cases;

    c. Debtor's Ex-Parte Motion for Intra-District Transfer;

    d. Debtor's Application to Employ Moffa & Bonacquisti, P.A. as Special Litigation Counsel;

    e. Debtor's Application to Employ Scheid Cleveland, LLC. as Special Litigation Counsel.

EHRENSTEIN CHARBONNEAU CALDERIN
*Proposed Counsel for Debtors In Possession*
501 Brickell Key Drive, Suite 300
Miami, FL 33131
T. 305.722.2002      F. 305.722.2001
www.ecclegal.com

By: _____
Jacqueline Calderin, Esq.
Florida Bar No: 134414
jc@ecclegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case this 12th day of March 2014.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

EHRENSTEIN CHARBONNEAU CALDERIN
*Proposed Counsel for Debtors In Possession*
501 Brickell Key Drive, Suite 300
Miami, FL 33131
T. 305.722.2002    F. 305.722.2001
www.eccleagl.com

By: _____
Jacqueline Calderin, Esq.
Florida Bar No: 134414
jc@ecclegal.com

# Exhibit A-1

# QUITCLAIM DEED

THIS DEED is dated November 10, 2011, and is made between SENTINEL MINING CORPORATION, a Colorado corporation and THE BANKRUPTCY ESTATE OF MERENDON MINING (NEVADA), INC., the "Grantors," of the County of Dade and State of Florida and QUARTZ HILL MINING, LLC, a Colorado limited liability company

duly organized and existing under and by virtue of the laws of the State of Colorado, the "Grantee," whose legal address is

1477 Chetwood Court
Mundelein, Illinois 60060

WITNESS, that the Grantors, for and in consideration of the sum of Ten Dollars and other valuable consideration ($10.00), the receipt and sufficiency of which is hereby acknowledged, does hereby remise, release, sell and QUITCLAIM unto the Grantee, its successors and assigns, forever, all the right, title, interest, claim and demand which the Grantors have in and to the real property, together with any improvements thereon, located in the County of Gilpin and State of Colorado, described as follows:

See Exhibit A attached hereto and incorporated by reference herein.

also known by street address as:
and assessor's schedule or parcel number:

TO HAVE AND TO HOLD the same, together with all and singular the appurtenances and privileges thereunto belonging, or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever of the Grantor, either in law or equity, to the only proper use, benefit and behoof of the Grantee, and its successors and assigns, forever.

IN WITNESS WHEREOF, the Grantors have executed this deed on the date set forth above.

Sentinel Mining Corporation,
a Colorado corporation

_____, Trustee
By: Marcia T. Dunn
As: Trustee of the Bankruptcy Estate of
Merendon Mining (Nevada), Inc., a Substantively
Consolidated Bankruptcy Estate Consisting of,
inter alia, Sentinel Mining Corporation

The Bankruptcy Estate of
Merendon Mining (Nevada), Inc.

_____, Trustee
By: Marcia T. Dunn
As: Trustee of the Bankruptcy Estate of
Merendon Mining (Nevada), Inc., a
Substantively Consolidated Bankruptcy
Estate Consisting of, inter alia, Sentinel
Mining Corporation

STATE OF FLORIDA )
COUNTY OF DADE )

The foregoing instrument was acknowledged before me this 10TH day of November, 2011, by Marcia Dunn, Trustee.

My Commission Expires: 8/7/15.

Witness my hand and official seal.

_____
Notary Public

ALEXANDRA CASTRO
Notary Public - State of Florida
My Comm. Expires Aug 7, 2015
Commission # EE 119470

STATE OF FLORIDA )
COUNTY OF DADE )

The foregoing instrument was acknowledged before me this 10TH day of November, 2011, by Marcia Dunn, Trustee.

My Commission Expires: 8/7/15.

Witness my hand and official seal.

_____
Notary Public

ALEXANDRA CASTRO
Notary Public - State of Florida
My Comm. Expires Aug 7, 2015
Commission # EE 119470

**Exhibit A to Quitclaim Deed from Sentinel Mining Corporation and the Bankruptcy Estate of Merendon Mining (Nevada), Inc. to Quartz Hill Mining, LLC**

1. All interest in an undivided one-half (½) parcel of ground described at B-111, P-230 (Hooper Gound) Central City, State of Colorado.

2. All rights in and to the pipe and pipeline extending from the Glory Hole Mill to the town of Black Hawk, Colorado., together with all easements, privileges, franchises and other rights to the following described:

    (a) Portion of 7000 ft. of 8" pipe from pump station in Black Hawk to Old Mill in Central City;

    (b) Portion of 4000 ft. pipe from Old Mill to New Mill on Tropic Lode Ill-Central

3. All rights in and to that certain power line together with easements, poles, insulators, and transformers, furnishing (or which furnished power) to the Glory Hole Mill, described as follows:

    Portion of 11-KW line from Black Hawk Station to Chain O'Mines Substation & 13-KW line with 43 poles, crossarms and insulators CC & BH.

4. All rights in and to the Glory Hole Mill buildings, shafthouses, gallows and equipment including all Mill machinery, transformers, water tanks, crusher plant, ore bins, conveyors and all machinery inside and outside of Mill Bldg. On Tropic #11130 Ill-Central.

5. Lot in Block 24, Central City, described in Book 130, Page 340 and 341, also described in Book 125, Page 92 (next to Ward Lot and opposite Lot 6, Block 22).

6. All right, title and interest in and to the real property which is described in that certain Mining Deed dated July 26, 1929, recorded on November 18, 1929, in Book 202, Page 160, of the Gilpin County Clerk and Recorder's Office, State of Colorado.

7. The following water and water rights, ditch and ditch rights, all pipelines, rights-of-way, and easements associated therewith located in Gilpin County State of Colorado:

    (1) The Sensenderfer Ditch, appropriation date of 1859, adjudication date of October 9, 1914, for 45 c.f.s. from North Clear Creek.

| Claim Name | Survey No. | Approx. Net Acres |
|---|---|---|
| Annie | 4588 | 2.32 |
| Baker (UND. 1/2 int.) | 799 | 1.87 |
| Bell | 167 | 1.57 |
| Big Thunder | 59 | 3.27 |
| Blythe | 721 | 1.21 |
| Bouvier | 801 | 3.94 |
| Borton | 389 | 0.23 |
| Burro (UND. 1/2 int.) | 11497 | 1.37 |
| C&H | 11130 | 3.55 |
| Columbia (East 100 ft.) | 565 | .13 |
| Columbia (West 300 ft.) | 565 | .19 |
| Confidence | 102 | 2.45 |
| Continental | 155 | 1.49 |
| Calhoun (1/2 int.) | 837 | 4.50 |
| Calhoun (1/2 int.) | 231 | 0.62 |
| Calhoun (1/2 int.) | 8419 | .15 |
| Climax | 725 | 3.81 |
| Cuckoo | 10048 | 0.40 |
| Diedrick | 937 | 5.17 |
| Dexter | 356 | 2.84 |
| Edenborough | 964 | 2.85 |
| East Calhoun (1/2 int.) | 7319 | 1.68 |
| East Calhoun | 11130 | 1.03 |
| Extenuate | 112 | 1.40 |
| Fourth of July (Portion of) | 647 | 2.17 |
| Free Coinage | 7918 | 3.87 |
| Gardner | 66 A | .95 |
| Gardner | 79 | 1.14 |
| Gardner | 80 | 1.14 |
| Gardner | 5958 | 1.62 |
| Gauntlet | 568 | 2.89 |
| Gibson & M.S. | 70 | 1.78 |
| Gibson (UND. 1/2 int.) | 562 | .55 |
| Gold Bug | 7918 | 3.49 |
| Gold Coin | 8134 | 3.85 |
| Gold Retort | 946 | 1.94 |
| Gold Ring | 540 | 2.80 |
| Gold Run | 8134 | 4.68 |

Exhibit A – page 2 of 6

| | | |
|---|---:|---:|
| Grand River | 90 | 1.37 |
| Harlem Except Conflict | 700 | 4.88 |
| Harrisburg | 5598 | 4.48 |
| Hayes & Wheeler (UND. 1/4 int.) | 746 | .865 |
| Hecla (UND. 1/2 int.) | 686 | unknwn |
| Hannibal | 9408 | 2.15 |
| Isabella (UND. 1/2 int.) | 1029 | 0.60 |
| Interocean (Portion of UND. 1/2 int.) | 5625 | 1.56 |
| Herbert | 12070 | .80 |
| Home | 11131 | 2.83 |
| Independence | 16217 | 1.43 |
| Illinois | 101 | 2.77 |
| Ingalls (UND. 1/2 int.) | 78 | .46 |
| Jones & Matteson (UND. 7472/10000 int.) | 158 | 1.72 |
| Kansas (UND. 3/4 int.) | 89 | 0.083 |
| Kansas (UND. 7472/10000 int.) | 121 | 0.055 |
| Kansas & M.S. | 151 A&B | 1.148 |
| Liberty (UND. 1/2 int.) | 13241 | 1.29 |
| Lizzie S. (UND. 1/2 int.) | 12226 | 2.19 |
| Loma | 12070 | 1.70 |
| Little Pittsburg | 6346 | 1.47 |
| Mat France | 60 | 2.98 |
| Mayflower | 6348 | 3.80 |
| Molly Gibson | 8955 | 2.00 |
| Merrimac | 7918 | 3.65 |
| Missouri | 250 | 0.46 |
| Missouri Cross | 974 | 0.27 |
| Modoc | 4587 | 0.79 |
| Pikes Peak Ext. | 1018 | 3.59 |
| New Pikes Peak | 1018 | 1.59 |
| Oakland (Easterly portion) | 4526 | 1.93 |
| Old Rice (UND. 1/2 int.) | 564 | .64 |
| Patches | 20367 | 0.46 |
| Pocahantas | 225 | 0.42 |
| Penn | 11515 | 3.66 |
| Protection | 4698 | 0.917 |
| Quartz Mill (1/2 int.) | 347 | 2.08 |
| Quaker Lane (UND. 1/4 int. + UND. 1/2 of 380/500 int.) | 685 | .40 |
| R.D. Kinney | 443 | 0.43 |
| Rhodrick DHU | 83 | 0.46 |
| Rhoderick, DHU | 485 | 1.14 |

| Claim | Number | Acreage |
|---|---|---|
| Shaw | 46 | 1.26 |
| San Juan | 992 | 2.99 |
| Scandia (UND. 39/49 int.) | 649 | 3.53 |
| Swiss Home (UND. 1/2 int.) | 11131 | 2.93 |
| Skelly | 5151 | 3.67 |
| Sylvania | 11515 | 3.66 |
| Straughton | 4578 | 1.78 |
| Sunflower | 6348 | 2.14 |
| Sunshine & Bismark | 6403 | 3.68 |
| Telegraph | 806 | 4.81 |
| Telephone | 805 | 4.93 |
| Thomas Freeman (UND. 1/2 int.) | 576 | 0.71 |
| Thornton | 6403 | 3.26 |
| Times | 779 | 2.67 |
| Tropic | 11130 | 2.58 |
| Vidette | 792 | 2.77 |
| Wheal Vor | 20368 | 0.108 |
| Wright & M.S. (UND. 1/2 of east 9/15 + UND. 1/2 of west 6/15 + UND. 1/4 of entire claim) | 410 A&B | 6.60 |

The foregoing patented mining claims are located in Gilpin County, Colorado. [NOTE: The acreages are approximate and are included for information only.]

| Claim Name | Survey No. | Approx. Net Acres |
|---|---|---|
| Agra (UND. 1/2) (western ½ of ½ only) | 794 | 1.73 |
| Alger | 367 | .39 |
| Avondale | 6348 | 2.72 |
| Baldwin | 15486 | 4.0 |
| Bismark | 6403 | 2.39 |
| Calhoun | 231 | 1.43 |
| Calumet & Hecla #1 | 11267 | 5.23 |
| Calumet & Hecla #2 | 13048 | 3.72 |
| Cecil | 11171 | .64 |
| Como (UND. 1/2) | 11131 | 2.1 |
| Copper Bottom (UND. 1/2) (western ½ of ½ only) | 766 | 1.58 |
| Custis | 19817 | 1.32 |
| Durango (UND. 1/2 W. 450 ft.) (western ½ of ½ only) | 673 | 3.54 |
| Easterly | 6323 | 2.97 |
| Evelyn | 15742 | 3.48 |
| Fremont & Gold King (UND. 1/2) | 7953 | 4.81 |
| Gertie (UND. 1/2) | 19927 | .82 |
| Gibson (UND. 1/2) | 44 | .07 |
| Golden Gad | 13048 | 3.72 |
| Gulch (UND. 1/6 of UND. 9/10) | 12784 | .58 |
| Helmer or Helmar (W 2,325 ft.) | 148 | 3.002 |
| Howard | 19228 | .91 |
| Independence (UND. 1/4) | 15458 | .69 |
| Jefferson (UND. 1/2) | 768 | .58 |
| Jefferson (UND. 1/2) | 1011 | 1.71 |
| Jessie | 614 | 5.06 |
| Jones & Matteson | 201 | .34 |
| Jones & Matteson | 234 | 3.44 |
| Kansas | 187 | .23 |

| | | |
|---|---|---|
| Kansas & Mill Site (UND. 742/10000) | 160 A&B | 1.84 |
| Last Chance (UND. 1/5) | 7420 or 7240 | .7 |
| Leavenworth | 498 | |
| (UND. 1/2 E.250FT.) | | .07 |
| (UND. 1/2 238ft.) | | .26 |
| | | |
| Margaret | 19229 | 2.52 |
| Monroe (UND. 7472/10000) | 8420 | .28 |
| Morris | 16779 | 2.57 |
| Mountain Summet (UND. 1/2) (western ½ of ½ only) | 5612 | UNKNWN |
| New Home | 11131 | 3.49 |
| North (UND. 9/48) | 672 | .79 |
| | | |
| Organ (UND. 1/2) | 6751 | 2.01 |
| | | |
| Quartz Hill | 19093 | 2.42 |
| Regester | 308 | |
| (UND. 1/4) | | UNKNWN |
| (E. 1/2) | | UNKNWN |
| Sick Dutchman | 18054 | 1.90 |
| St. Louis & Mill Site | 113 A&B | .55 |
| Stark Co. (UND. 1/2) | 43 | .45 |
| Sullivan (UND. 7472/10000) | 88 | 1.02 |
| Symonds Forks | 49 | .14 |
| Tiger | 881 | 4.41 |
| Topeka (UND. 1/2) | 518 | .15 |
| West Como (UND. 1/2) | 11131 | 2.23 |
| White Pine | 5598 | 4.71 |

Tract No. 3 CT (N-7925)

The foregoing patented mining claims are located in Gilpin County, Colorado. [NOTE: The acreages are approximate and are included for information only.]