# United States Bankruptcy Court
## Southern District of Florida

In re  **Quartz Hill Mining, LLC**                        ,            Case No. __**14-15419**__

                Debtor

Chapter __**11**__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dawn Fedrigon**<br>**1477 Chetwood Ct.**<br>**Mundelein, IL 60060** | **Class A** | **51 Units** | |
| **Gus E. Pappas, P.C.**<br>**1776 Yorktown**<br>**Suite 425**<br>**Houston, TX 77056** | **Class B** | **50 Units** | |
| **Michael Fedrigon**<br>**1477 Chetwood Ct.**<br>**Mundelein, IL 60060** | **Class A** | **49 Units** | |
| **Scheid, Cleveland, LLC**<br>**3773 Cherry Creek N. Dr.**<br>**Suite 575**<br>**Denver, CO 80209** | **Class B** | **50 Units** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the Power of Attorney of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**March 14, 2014**__                                Signature __/s/ **John A. Moffa**__

                                                                                                    **John A. Moffa**
                                                                                                    **Power of Attorney**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

__**0**__   continuation sheets attached to List of Equity Security Holders