

**ORDERED in the Southern District of Florida on April 7, 2014.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                   Chapter 11

Quartz Hill Mining, LLC.                                            Case No.  14-15419-AJC
Superior Gold, LLC.                                                 Case No. 14-15424-AJC
                                                                               (Jointly Administered)

                              Debtors     /

**ORDER VACATING DISMISSAL AND REINSTATING CHAPTER 11 CASES**

**THIS CAUSE** came on before the court _sua sponte_.  These chapter 11 cases were filed on March 7, 2014, an *Order Dismissing Case for Failure to Correct Filing Deficiency* was erroneously entered in each case on April 7, 2014 [ECF #48 in 14-15419 and ECF #27 in 14-15424]. However, a review of the court records indicates that the debtors satisfied aforementioned filing deficiency by filing a sworn statement stating that "*there are no current balance sheet, cash-flow statement and statement of operations and that no Federal tax return has been filed*" [ECF #9 in 14-15419 and ECF #8 in 14-15424].  Accordingly, it is

**ORDERED** that the Order Dismissing Case entered on April 7, 2014 [ECF #48] in 14-15419 and [ECF #27] in 14-15424, are **VACATED**, and these Jointly Administered chapter 11 cases are **REINSTATED.**

# # #

cc:  All Parties of Record by Clerk